IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-40885
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                                    Plaintiff,

                              versus

MARIO ALBERTO PEDRAZA,

                                                    Defendant,

ED D. RAZO; BANKERS INSURANCE
COMPANY,

                                                    Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. L-96-CR-29-4
_____
January 13, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Ed D. Razo and Bankers Insurance Company, surety for criminal

defendant Mario Alberto Pedraza, appeal the district court's order

denying their motion for new trial and for reconsideration of the

court's order granting a judgment of default on bond.  The surety

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

alleges that it did not receive notice of the hearing of the judgment of default as required by Rule 46(e)(3).

The surety was not entitled to notice of any proceedings other than the judgment of default on bond. <u>United States v. Garcia</u>, 724 F.2d 514, 516 (5th Cir. 1984). The surety admitted receiving a copy of the motion for judgment of default on bond. The district court considered the arguments the surety would have presented at the hearing when ruling on the surety's postjudgment motion, and the court informed the surety that, if the surety secured Pedraza's immediate appearance, it would consider remission of bond. The surety has cited no substantive defense it had to the judgment of default.

DISMISSED AS FRIVOLOUS. <u>See</u> 5th Cir. R. 42.2.

D I S M I S S E D.